# NOTES OF CAUSES

Decided during the period comprised in this Volume,
and not reported in full.

No. 2995. HARTZOG & HAYS *v.* GOODWIN. April Term, 1892. .
Plaintiffs sold to defendant a young mule, taking in payment two
notes, secured by a mortgage of the young mule and a mortgage
of a tract of land. Afterwards, the plaintiffs took the young mule
back by consent, and let defendant have an old mule at ninety
dollars, for which defendant gave his note, and a mortgage of
the old mule. Plaintiffs sold the young mule for a sum which,
together with other payments, was sufficient to extinguish the
two notes first given, but not the third also. Action was then
brought by plaintiffs to foreclose the mortgage on the land, and
defendant pleaded payment. The case was tried before JUDGE
WITHERSPOON, Abbeville, June, 1891. Plaintiffs' testimony
tended to show that the proceeds of sale of the young mule
were to be applied to payment of the note for ninety dollars
given for the old mule, and the remainder to the prior notes,
while defendant's testimony was that such proceeds were to be
applied primarily to the prior notes, and only the excess to the
note for ninety dollars. The Circuit Judge held that the notes
given for the young mule were paid, and dismissed the com-
plaint. Plaintiffs appealed.

*Graydon & Graydon & Giles,* for appellants. *Parker & Mc-
Gowan,* contra.

*Held,* (1) That the finding by the Circuit Judge must be
sustained, as there was testimony to support that view.

(2) That the proceeds of the sale of the young mule must be
applied to the notes secured by the mortgage of such mule, no
express agreement to apply otherwise having been shown.

(3) If anything is due to plaintiffs, it must be on the note
given for the purchase money of the old mule, which cannot
be protected by a mortgage given to secure another debt, or be
adjudicated under this complaint.

JUDGMENT AFFIRMED, without prejudice to plaintiffs' right

to recover the amount, if any, due on the note for ninety dollars. OPINION by MR. CHIEF JUSTICE MCIVER, September 13, 1892.